MICHAEL MYERBERG, Respondent, v. EDWIN S. WEBSTER, JR., et al., Copartners under the Name of Kidder, Peabody & Co., Defendants, and WALT DISNEY PRODUCTIONS, Appellant.— Order unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 773.]

JOHN KILLEEN, Respondent, v. CARROLL-McCREARY Co., INC., Appellant.— Order unanimously reversed, without costs, and the motion dismissed without prejudice to renewal on the substitution of a representative of deceased plaintiff (see Decedent Estate Law, § 119; Civ. Prac. Act, §§ 82, 84, 88). No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH GLAUBER et al., Respondents, v. HERMAN PATOF, as President of Weber & Heilbroner Employees' Benevolent Association, an Unincorporated Association Consisting of More than Seven Members, Appellant, et al., Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents and votes for reversal of so much of the judgment as awards money damages to plaintiffs and votes for a dismissal of the complaint with respect thereto (*Browne* v. *Hibbets,* 290 N. Y. 459), and otherwise concurs in the affirmance of the judgment. [183 Misc. 400.]

In the Matter of the CITY OF NEW YORK, Appellant, Relative to the Closing and Discontinuance of a Portion of 12th Avenue from West 55th Street to West 57th Street, in the Borough of Manhattan. THOMAS G. PATTERSON et al., Respondents.— Decree so far as appealed from affirmed, with costs to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to make the award to the City of New York.

SAMUEL M. SMOLEN et al., Copartners Doing Business under the Name of WALES IMPORTING Co., Respondents, v. SAUL ROTHFELD et al., Individually and as Copartners Doing Business as DELFF ASSOCIATES, Appellants.— Order so far as appealed from unanimously modified to the extent of restoring to defendants' demand item 7 omitting the word " particularly "; item 12 omitting " particularly " and " in detail "; items 18, 24 and 25 omitting " in detail " and item 26, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. Bill of particulars to be served within ten days after completion of the examination before trial of the defendants. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Arbitration between C. LESLIE McCREA, Individually and Doing Business as McCREA EQUIPMENT COMPANY, Respondent, and TOBIAS HELLER & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.